UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA, | No. 19-cv-00968-DAD-BAM (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR A PRELIMINARY INJUNCTION |
| KENNETH CLARK, *Warden at California State Prison, Corcoran*, *et al.*, | |
| Defendants. | (Doc. Nos. 13, 14, 15) |

Plaintiff Ruben Figueroa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2020, the assigned magistrate judge issued findings and recommendation, recommending that plaintiff's two motions for preliminary injunction be denied for lack of jurisdiction. (Doc. Nos. 13, 14, 15.) The findings and recommendation were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 15 at 3.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that

1

the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendation issued on February 6, 2020, (Doc. No. 15), are adopted in full;

2. Plaintiff's two motions for preliminary injunction, (Doc. Nos. 13, 14), are denied; and

3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **March 9, 2020**

UNITED STATES DISTRICT JUDGE