# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>    Plaintiff,<br><br> v.<br><br>CLARK, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00968-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION SEEKING RELIEF FROM E-FILING PROCEDURES AS MOOT<br><br>(ECF No. 21) |

Plaintiff Ruben Figueroa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 10, 2020, Plaintiff filed a first amended complaint, together with "Plaintiff's Motion to Seek Relief from E-Service Procedures." (ECF Nos. 20, 21.) As the Court has not yet screened the first amended complaint or determined if it is appropriate for service, the Court construes Plaintiff's motion as a motion seeking relief from the Court's e-filing procedures.

In his motion, Plaintiff requests permission to file an amended complaint that exceeds the twenty-five page limit set forth in the Court's Standing Order In Re: Procedural Rules for Electronic Submission of Prisoner Litigation Filed by Plaintiffs Incarcerated at Participating Penal Institutions.[1] Plaintiff's first amended complaint, as docketed, is thirty-four (34) pages in

---

[1] Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions seeking relief from

1

length.

At this time, the Court's Standing Order regarding electronic filing applies only to initial filings, or new complaints. The Standing Order does not apply to amended complaints, though this does not preclude the Court from reimposing page limitations for amended complaints as necessary.

Accordingly, Plaintiff's motion for relief from the Court's e-filing procedures, (ECF No. 21), is HEREBY DENIED as moot. Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **April 13, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

---

the standing order, motions for emergency relief, or motions to increase the page limit shall be no more than fifteen (15) pages. As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of the Court unless done pursuant to the standing order, or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.