# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>                Plaintiff,<br><br>   v.<br><br>CLARK, *et al.*,<br><br>                Defendants. | Case No.  1:19-cv-00968-DAD-BAM (PC)<br><br>ORDER DENYING REQUEST TO RELATE CASES<br><br>(ECF No. 26, 27) |

      Plaintiff Ruben Figueroa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      A notice of related cases has been filed in this case.  In light of current Court circumstances, limited judicial resources, COVID, among other issues, the Court declines to relate and reassign this case at this time.  All current hearings shall remain as currently set.

IT IS SO ORDERED.

    Dated:  **December 3, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1