# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARK, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00968-DAD-BAM (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br>(ECF No. 35)<br><br>**Date: August 13, 2021**<br>**Time: 9:30 a.m.**<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE RUBEN FIGUEROA, CDCR #T-55771<br>(ECF No. 38)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON CALIFORNIA STATE PRISON, CORCORAN |

　　　A remote settlement conference in this matter is currently scheduled on June 28, 2021, at 11:15 a.m. before Magistrate Judge Stanley A. Boone. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court has ordered that the settlement conference occur remotely through the Zoom videoconferencing application. (ECF No. 35.)

　　　The Court, having been informed that the videoconferencing equipment at California State Prison, Corcoran, where Plaintiff is currently incarcerated, is unavailable on June 28, 2021, for

1

good cause continues the settlement conference previously scheduled on that date to **August 13, 2021 at 9:30 a.m.**  All provisions of the prior order setting the settlement conference, (ECF No. 35), shall apply for the new settlement conference date.  The parties, if they have not already done so, shall submit their confidential settlement statements at least one week in advance of the new settlement conference date.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The remote settlement conference will be continued to **August 13, 2021 at 9:30 a.m.**;
2. Counsel for Defendants shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information;
3. The writ of habeas corpus ad testificandum directing the production of Ruben Figueroa, CDCR #T-55771, issued on June 1, 2021, (ECF No. 38), is VACATED;
4. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California State Prison, Corcoran, and on the Litigation Coordinator of any other institution(s) which require this information; and
5. The Court will issue an amended transportation writ for Plaintiff's video appearance in due course.

IT IS SO ORDERED.

Dated:   **June 4, 2021**           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE