# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH CLARK, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00968-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CHANGE OF VIDEO SETTLEMENT CONFERENCE AT NEW INSTITUTION<br><br>(ECF No. 41)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE PLAINTIFF'S MAILING ADDRESS<br><br>ORDER DIRECTING DEFENSE COUNSEL TO ARRANGE FOR PLAINTIFF'S APPEARANCE AT AUGUST 13, 2021 SETTLEMENT CONFERENCE |

Plaintiff Ruben Figueroa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Baughman, Clark, Gallagher, Alfaro, Goss, Juarez, Hence, and Llamas for failure to provide outside exercise in violation of the Eighth Amendment and against Defendants Baughman, Clark, Goss, Hence, Gallagher, Llamas, and Gamboa for violations of the Equal Protection Clause of the Fourteenth Amendment.

A video settlement conference is currently scheduled on August 13, 2021, at 9:30 a.m. before Magistrate Judge Stanley A. Boone. (ECF No. 40.)

///

|   |   |
|---|---|
| 1 | Currently before the Court is Plaintiff's motion for a change of the video settlement |
| 2 | conference to his new institution, filed July 9, 2021. (ECF No. 41.) Plaintiff states that he has |
| 3 | been transferred from California State Prison – Corcoran to Centinela State Prison, and requests |
| 4 | that the Court make arrangements for his video appearance at the video settlement conference |
| 5 | from his new institution and update his mailing address. (*Id.*) |
| 6 | Defendants have not yet had an opportunity to file a response, but the Court finds a |
| 7 | response unnecessary. The motion is deemed submitted. Local Rule 230(l). |
| 8 | Pursuant to Plaintiff's motion, the Court finds it appropriate to update Plaintiff's mailing |
| 9 | address and for defense counsel to make the necessary arrangements for Plaintiff's participation |
| 10 | in the video settlement conference from his new institution. |
| 11 | Accordingly, IT IS HEREBY ORDERED that: |
| 12 | 1. Plaintiff's motion for change of video settlement conference at new institution, (ECF No. |
| 13 | 41), is GRANTED; |
| 14 | 2. The Clerk of the Court is directed to update Plaintiff's mailing address pursuant to the |
| 15 | address provided in Plaintiff's July 9, 2021 motion; |
| 16 | 3. Counsel for Defendants shall arrange for Plaintiff's participation in the video settlement |
| 17 | conference by contacting the Litigation Coordinator at Plaintiff's current institution to |
| 18 | ensure that the videoconferencing equipment is available on August 13, 2021; and |
| 19 | 4. The Court will issue an amended transportation writ for Plaintiff's video appearance in |
| 20 | due course. |

IT IS SO ORDERED.

Dated: **July 12, 2021**         /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE