# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-00968-DAD-BAM (PC)<br><br>ORDER THAT INMATE RUBEN FIGUEROA IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Ruben Figueroa is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on August 13, 2021. Inmate Ruben Figueroa, CDCR #T-55771, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __August 13, 2021__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE