# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>                Plaintiff,<br><br>    v.<br><br>CLARK, *et al.*,<br><br>                Defendants. | Case No.  1:19-cv-00968-DAD-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 68)<br><br>Discovery Deadline: **August 1, 2022**<br>Dispositive Motion Deadline: **September 30, 2022** |

      Plaintiff Ruben Figueroa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Baughman, Clark, Gallagher, Alfaro, Goss, Juarez, Hence, and Llamas for failure to provide outside exercise in violation of the Eighth Amendment and against Defendants Baughman, Clark, Goss, Hence, Gallagher, Llamas, and Gamboa for violations of the Equal Protection Clause of the Fourteenth Amendment.

      Pursuant to the Court's August 18, 2021 discovery and scheduling order and March 1, 2022 order granting Plaintiff's *ex parte* motion to modify scheduling order, the deadline for completion of discovery and to file dispositive motions was June 17, 2022.  (ECF Nos, 48, 60.)

      Currently before the Court is Defendants' motion to modify the scheduling order, filed June 17, 2022.  (ECF No. 63.)  Defendants state that the parties have been diligently engaged in written discovery and the defense has been obtaining the substantial amount of written records

related to the claims in this action. With the necessary written records obtained, defense counsel recently contacted the litigation coordinator at Plaintiff's institution to inquire about dates when Plaintiff's deposition could be conducted. Due to the ongoing COVID-19 pandemic, the deposition must be conducted by videoconference. Defendants argue that good cause exists to extend the deadline for taking Plaintiff's deposition to August 1, 2022, because Defendants are unable to take Plaintiff's deposition until July due to high demand for the use of videoconference equipment at Plaintiff's prison and conflicts with defense counsel's schedule. Defendants further request that the deadline for filing dispositive motions be extended to September 30, 2022 to provide adequate time to obtain and review the deposition transcript. (*Id.*)

Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant the requested modification of the discovery and scheduling order. Fed. R. Civ. P. 16(b)(4).

Defendants are unable to meet the current deadline for taking Plaintiff's deposition due to the high demand for videoconference equipment at Plaintiff's institution and conflicts with counsel's schedule. In addition, counsel will need time to obtain and review the deposition transcript before the deadline for filing dispositive motions. The parties have been diligent in engaging in written discovery thus far, (*see* ECF Nos. 58, 60), and the Court finds that Plaintiff will not be prejudiced by the extension granted here.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order, (ECF No. 63), is GRANTED, as follows:
    a. The deadline for completion of all discovery, including filing all motions to compel discovery, is extended from June 17, 2022 to **August 1, 2022**;
    b. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from June 17, 2022 to **September 30, 2022**;

///

2. All other requirements set forth in the Court's August 18, 2021 discovery and scheduling order, (ECF No. 48), remain in place; and

3. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

3