1
2
3
4
5

6 # UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  RUBEN FIGUEROA, | Case No.  1:19-cv-00968-ADA-BAM (PC) |
| 10              Plaintiff, | ORDER REGARDING DEFENDANTS' RESPONSE FOLLOWING MEET AND |
| 11      v. | CONFER |
| 12  CLARK, *et al.*, | (ECF No. 70) |
| 13              Defendants. | ORDER DIRECTING PARTIES TO FILE FURTHER JOINT STATUS REPORT |
| 14 | |
| 15 | **THIRTY (30) DAY DEADLINE** |

16          Plaintiff Ruben Figueroa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

17 *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

18 Plaintiff's first amended complaint against Defendants Baughman, Clark, Gallagher, Alfaro,

19 Goss, Juarez, Hence, and Llamas for failure to provide outside exercise in violation of the Eighth

20 Amendment and against Defendants Baughman, Clark, Goss, Hence, Gallagher, Llamas, and

21 Gamboa for violations of the Equal Protection Clause of the Fourteenth Amendment.

22          On August 19, 2022, Plaintiff filed a motion to compel discovery.  (ECF No. 65.)  On

23 August 22, 2022, the Court issued an order directing the parties to meet and confer regarding the

24 discovery dispute, and to file a joint statement following the parties' conference.  The Court

25 further stayed briefing on Defendants' motion to compel.  (ECF No. 68.)

26          Currently before the Court is the Defendants' response to the Court's order directing the

27 parties to meet and confer regarding the discovery dispute, filed September 21, 2022.  (ECF No.

28 70.)  Counsel for Defendants declares that the parties met and conferred by telephone on

1    September 16, 2022.  After discussing the discovery dispute, defense counsel informed Plaintiff

2    that he would prepare a joint statement indicating that the parties had spoken, they believed they

3    had resolved the discovery dispute, and they did not believe that additional intervention by the

4    Court was necessary at that time.  Plaintiff apparently stated that he was in agreement.  On

5    September 20, 2022, counsel provided the joint statement to the litigation coordinator at the

6    institution where Plaintiff is housed.  However, Plaintiff allegedly refused to sign, and informed

7    staff that he had written counsel a letter and wanted to wait until counsel responded to his letter.

8    Plaintiff did not disclose the substance of the letter, and counsel states that as of September 21,

9    2022, he had not received Plaintiff's letter.  (*Id.*)

10          The Court finds it appropriate to maintain Plaintiff's motion to compel on the docket, and

11   briefing on the motion will remain stayed.  The Court further finds that it will be beneficial for the

12   parties to file a further status report informing the Court whether Defendants have received

13   Plaintiff's letter and whether the discovery dispute may be resolved without further intervention

14   from the Court.  The parties are encouraged to engage in a further meet and confer conference (in

15   person or by telephone or video) if possible, rather than attempting to communicate exclusively

16   by mail.  **In addition, electronic signatures (authorized by telephone or video) are**

17   **acceptable; a wet signature is not required.**

18          Accordingly, IT IS HEREBY ORDERED as follows:

19      1.  Briefing on Plaintiff's motion to compel, (ECF No. 65), remains stayed until further

20          order of the Court; and

21      2.  Within **thirty (30) days** from the date of service of this order, the parties shall file a

22          further joint status report regarding the motion to compel, as set forth above.

23

24   IT IS SO ORDERED.

25      Dated:   **September 23, 2022**          /s/ *Barbara A. McAuliffe*

26                                          UNITED STATES MAGISTRATE JUDGE

27

28

                                             2