1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    RUBEN FIGUEROA,                          No.  1:19-cv-00968-ADA-BAM (PC)

12              Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS RECOMMENDING
13         v.                                   DISMISSAL OF ACTION, WITH
                                                PREJUDICE, FOR FAILURE TO
14    KENNETH CLARK, et al.,                    PROSECUTE AND FAILURE TO OBEY
                                                COURT ORDER
15              Defendants.
                                                (ECF No. 86)
16

17         Plaintiff Ruben Figueroa ("Plaintiff") is a former state prisoner proceeding *pro se* and *in

18    forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19    Plaintiff's first amended complaint against Defendants Baughman, Clark, Gallagher, Alfaro, Goss,

20    Juarez, Hence, and Llamas for failure to provide outside exercise in violation of the Eighth

21    Amendment and against Defendants Baughman, Clark, Goss, Hence, Gallagher, Llamas, and

22    Gamboa for violations of the Equal Protection Clause of the Fourteenth Amendment.

23         On December 2, 2022, Defendants filed a motion for summary judgment.  (ECF No. 80.)

24    Defendants provided notice of the requirements for opposing a motion for summary judgment to

25    Plaintiff.  (*See* ECF No. 80-1 (citing *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v.*

26    *Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th

27    Cir. 1988).)

28         On January 11, 2023, following the expiration of the deadline for Plaintiff to file his

1

opposition, the assigned Magistrate Judge ordered Plaintiff to show cause within twenty-one days why this action should not be dismissed, with prejudice, for Plaintiff's failure to prosecute.  (ECF No. 82.)  Plaintiff was provided the opportunity to comply with the Court's order by filing an opposition or statement of non-opposition to the motion for summary judgment, and Plaintiff was warned that failure to comply with the Court's order would result in dismissal of this matter, with prejudice, for failure to prosecute.  (*Id.*)

On January 13, 2023, Plaintiff filed a notice of change of address and a request for a 30-day extension of time to file his opposition to Defendants' motion for summary judgment.  (ECF No. 83.)  The Court found good cause to grant the requested extension; discharged the order to show cause; and permitted Plaintiff an additional thirty days to file his opposition.  (ECF No. 85.)  The Court again warned Plaintiff that failure to file an opposition in compliance with the Court's order would result in dismissal of this action, with prejudice, for failure to prosecute.  (*Id.*)  Plaintiff did not file an opposition.

On February 27, 2023, the Magistrate Judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to prosecute and for failure to obey a court order.  (ECF No. 86.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.* at 4.)  No objections have been filed, and the deadline to do so has passed.  Plaintiff has not otherwise communicated with the Court regarding this action.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

///

///

///

///

///

2

Accordingly,

1.     The findings and recommendations issued on February 27, 2023, (ECF No. 86), are adopted in full;

2.     This action is dismissed, with prejudice, for failure to prosecute and failure to obey a court order; and

3.     The Clerk of the Court is directed to terminate all pending motions and close this case.


IT IS SO ORDERED.

Dated:   May 30, 2023

_____
UNITED STATES DISTRICT JUDGE